**Fill in this information to identify the case:**

Debtor 1: Radonna Jean Brinton

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of Utah (State)

Case number: 15-31423 JTM

---

# Form 4100R
## Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Last 4 digits** of any number you use to identify the debtor's account: 9 6 4 2

**Property address:** 10873 Tahoe Way
Number   Street

South Jordan    UT    84009
City    State    ZIP Code

**Court claim no.** (if known): 10

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of _____ is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

As of _____ the next postpetition payment from the debtor(s) is due on: _____ (MM/DD/YYYY) in the amount of $ _____

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of 06/04/2019 is:

a. Total postpetition ongoing payments due:                                    (a) $ 3,474.54

b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $ 0.00

c. **Total**. Add lines a and b.                                                     (c) $ 3,474.54

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 04/01/2019 (MM/DD/YYYY)

---

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

| Debtor 1 | Radonna Jean Brinton | Case number (*if known*) | 15-31423 JTM |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Brian J. Porter                                       Date 06/04/2019
Signature

Print: Brian J. Porter
First Name   Middle Name   Last Name

Title: Attorney at Law

Company: Halliday, Watkins & Mann, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 376 East 400 South, Suite 300
Number   Street

Salt Lake City, UT 84111
City   State   ZIP Code

Contact phone: (801) 355 – 2886    Email: info@hwmlawfirm.com

## MAILING CERTIFICATE

The undersigned hereby certifies that a true and correct copy of this Response to Final Cure Payment was mailed by first class mail, postage prepaid, or via ECF, this 4th day of June, 2019, to each of the following:

| | |
|---|---|
| Radonna Jean Brinton<br>10873 S. Tahoe Way<br>South Jordan, UT 84095<br>Debtor | Justin M. Myers<br>Via ECF<br>Debtor's Attorney |
| United States Trustee<br>Via ECF | Lon Jenkins<br>Via ECF<br>Chapter 13 Trustee |

                                             /s/ Brian J. Porter
                                             Brian J. Porter



### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 2/1/2016 | | | $1,198.63 | Filed w/POC |
| 6/1/2017 | | | $1,430.28 | NOPC |
| 7/1/2017 | | | $1,574.15 | NOPC |
| 7/1/2018 | | | $1,648.36 | NOPC |
| | | | | |
| | | | | |

### Loan Information

| | |
|---|---|
| Loan # | xxxxxxxxxx |
| Borrower | Matchett |
| BK Case # | 15-31423 |
| Date Filed | 12/9/2015 |
| First Post Petition Due Date | 1/1/2016 |
| POC Covers | |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2016 | $1,282.18 | 1/1/2016 | 3/1/2015 | $1,198.63 | $83.55 | $83.55 | | $83.55 | | | $0.00 | $0.00 | |
| 3/16/2016 | $1,243.79 | 2/1/2016 | 4/1/2015 | $1,198.63 | $45.16 | $45.16 | | $128.71 | | | $0.00 | $0.00 | |
| 4/30/2016 | $743.79 | | | | $743.79 | $743.79 | | $872.50 | | | $0.00 | $0.00 | |
| 4/30/2016 | $500.00 | 3/1/2016 | 5/1/2015 | $1,198.63 | -$698.63 | | $698.63 | $173.87 | | | $0.00 | $0.00 | |
| 6/7/2016 | $1,051.77 | 4/1/2016 | 6/1/2015 | $1,198.63 | -$146.86 | | $146.86 | $27.01 | | | $0.00 | $0.00 | |
| 7/12/2016 | $1,198.63 | 5/1/2016 | 6/1/2015 | $1,198.63 | $0.00 | | | $27.01 | | | $0.00 | $0.00 | |
| 7/13/2016 | $2,403.96 | 6/1/2016 | 6/1/2015 | $1,198.63 | $1,205.33 | $1,204.53 | | $1,231.54 | | | $0.00 | $0.00 | |
| 8/9/2016 | $1,205.40 | 7/1/2016 | 7/1/2015 | $1,198.63 | $6.77 | $6.77 | | $1,238.31 | | | $0.00 | $0.00 | |
| 9/15/2016 | $1,205.40 | 8/1/2016 | 8/1/2015 | $1,198.63 | $6.77 | $6.77 | | $1,245.08 | | | $0.00 | $0.00 | |
| 10/14/2016 | $1,205.40 | 9/1/2016 | 9/1/2015 | $1,198.63 | $6.77 | $6.77 | | $1,251.85 | | | $0.00 | $0.00 | |
| 12/2/2016 | $1,205.40 | 10/1/2016 | 10/1/2015 | $1,198.63 | $6.77 | $6.77 | | $1,258.62 | | | $0.00 | $0.00 | |
| 12/20/2016 | | Trustee Payment | | | $0.00 | | | $1,258.62 | $81.25 | | $81.25 | $81.25 | |
| 1/3/2017 | $750.00 | 11/1/2015 | 11/1/2015 | $1,198.63 | -$448.63 | | $448.63 | $809.99 | | | $81.25 | $81.25 | |
| 1/3/2017 | $455.40 | 12/1/2016 | 12/1/2015 | $1,198.63 | -$743.23 | | $743.23 | $66.76 | | | $81.25 | $81.25 | |
| 2/1/2017 | | Trustee Payment | | | $0.00 | | | $66.76 | $302.25 | | $383.50 | $383.50 | |
| 2/2/2017 | $1,335.53 | 1/1/2017 | 1/1/2016 | $1,198.63 | $136.90 | | | $66.76 | | | $383.50 | $383.50 | |
| 2/23/2017 | $1,465.66 | 2/1/2017 | 2/1/2016 | $1,198.63 | $267.03 | $267.03 | | $333.79 | | | $383.50 | $383.50 | |
| 2/28/2017 | $1,440.66 | 3/1/2017 | 3/1/2016 | $1,198.63 | $242.03 | $242.03 | | $575.82 | | | $383.50 | $383.50 | |
| 3/8/2017 | | Trustee Payment | | | $0.00 | | | $575.82 | $302.25 | | $685.75 | $685.75 | |
| 3/24/2017 | | Trustee Payment | | | $0.00 | | | $575.82 | $302.25 | | $988.00 | $988.00 | |
| 4/4/2017 | $785.66 | 4/1/1/17 | 4/1/2016 | $1,198.63 | -$412.97 | | $412.97 | $162.85 | | | $988.00 | $988.00 | |
| 4/11/2017 | $575.00 | | | | $575.00 | $575.00 | | $737.85 | | | $988.00 | $988.00 | |
| 4/20/2017 | | Trustee Payment | | | $0.00 | | | $737.85 | $302.25 | | $1,290.25 | $1,290.25 | |
| | | Pre Petition Applied | 5/1/2016 | | $0.00 | | | $737.85 | | $1,198.63 | $91.62 | $1,290.25 | |
| 4/28/2017 | $780.53 | 5/1/2017 | 6/1/2016 | $1,198.63 | -$418.10 | | $418.10 | $319.75 | | | $91.62 | $1,290.25 | |
| 5/19/2017 | $50.00 | | | | $50.00 | $50.00 | | $369.75 | | | $91.62 | $1,290.25 | |
| 5/19/2017 | | Trustee Payment | | | $0.00 | | | $369.75 | $302.25 | | $393.87 | $1,592.50 | |
| 6/13/2017 | $1,298.07 | 6/1/2017 | 7/1/2016 | $1,430.28 | -$132.21 | | $132.21 | $237.54 | | | $393.87 | $1,592.50 | |
| 6/15/2017 | $1,335.53 | 7/1/2017 | 8/1/2016 | $1,430.28 | -$94.75 | | $94.75 | $142.79 | | | $393.87 | $1,592.50 | |
| 6/29/2017 | $1,664.97 | 8/1/2017 | 9/1/2016 | $1,430.28 | $234.69 | $234.69 | | $377.48 | | | | | |
| 6/30/2017 | | Trustee Payment | | | $0.00 | | | $377.48 | $302.25 | | $696.12 | $1,894.75 | |
| 7/31/2017 | $2,598.72 | 9/1/2017 | 10/1/2016 | $1,574.15 | $1,024.57 | $1,024.57 | | $1,402.05 | | | $696.12 | $1,894.75 | |
| 8/16/2017 | | Trustee Payment | | | $0.00 | | | $1,402.05 | $1,108.56 | | $1,804.68 | $3,003.31 | |
| | | Pre Petition Applied | 11/1/2016 | | $0.00 | | | $1,402.05 | | $1,574.15 | $230.53 | $3,003.31 | |
| 8/31/2017 | $1,355.53 | 10/1/2017 | 12/1/2016 | $1,574.15 | -$218.62 | | $218.62 | $1,183.43 | | | $230.53 | $3,003.31 | |
| 9/14/2017 | | Trustee Payment | | | $0.00 | | | $1,183.43 | $302.25 | | $532.78 | $3,305.56 | |
| 10/18/2017 | | Trustee Payment | | | $0.00 | | | $1,183.43 | $302.25 | | $835.03 | $3,607.81 | |
| 10/24/2017 | $825.00 | 11/1/2017 | 1/1/2017 | $1,574.15 | -$749.15 | | $749.15 | $434.28 | | | $835.03 | $3,607.81 | |
| 10/25/2017 | $500.00 | | | | $500.00 | $500.00 | | $934.28 | | | $835.03 | $3,607.81 | |
| 11/14/2017 | | Trustee Payment | | | $0.00 | | | $934.28 | $302.25 | | $1,137.28 | $3,910.06 | |
| 11/30/2017 | $1,355.53 | 12/1/2017 | 2/1/2017 | $1,574.15 | -$218.62 | | $218.62 | $715.66 | | | $1,137.28 | $3,910.06 | |
| 12/14/2017 | | Trustee Payment | | | $0.00 | | | $715.66 | $302.25 | | $1,439.53 | $4,212.31 | |
| 12/29/2017 | $1,405.00 | 1/1/2018 | 3/1/2017 | $1,574.15 | -$169.15 | | $169.15 | $546.51 | | | $1,439.53 | $4,212.31 | |
| 1/19/2018 | | Trustee Payment | | | $0.00 | | | $546.51 | $302.25 | | $1,741.78 | $4,514.56 | |
| | | Pre Petition Applied | 4/1/2017 | | | | | $546.51 | | $1,574.15 | $167.63 | | |
| 1/31/2018 | $1,405.63 | 2/1/2018 | 5/1/2017 | $1,574.15 | -$168.52 | | $168.52 | $377.99 | | | $167.63 | $4,514.56 | |
| 2/13/2018 | | Trustee Payment | | | $0.00 | | | $377.99 | $302.25 | | $469.88 | $4,816.81 | |
| 2/28/2018 | $1,405.53 | | | | $1,405.53 | $1,405.53 | | $1,783.52 | | | $469.88 | $4,816.81 | |
| 3/14/2018 | | Trustee Payment | | | $0.00 | | | $1,783.52 | $302.25 | | $772.13 | $5,119.06 | |
| 3/30/2018 | $1,405.53 | 3/1/2018 | 6/1/2017 | $1,574.15 | -$168.62 | | $168.62 | $1,614.90 | | | $772.13 | $5,119.06 | |
| 4/17/2018 | | Trustee Payment | | | $0.00 | | | $1,614.90 | $302.25 | | $1,074.38 | $5,421.31 | |
| 4/25/2018 | $1,387.06 | 4/1/2018 | 7/1/2017 | $1,574.15 | -$187.09 | | $187.09 | $1,427.81 | | | $1,074.38 | $5,421.31 | |
| 5/21/2018 | | Trustee Payment | | | $0.00 | | | $1,427.81 | $302.25 | | $1,376.63 | $5,723.56 | |
| 6/12/2018 | | Trustee Payment | | | $0.00 | | | $1,427.81 | $302.25 | | $1,678.88 | $6,025.81 | |
| | | Pre Petition Applied | 8/1/2017 | | $0.00 | | | $1,427.81 | | $1,574.15 | $104.73 | $6,025.81 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/25/2018 | $1,471.00 | 5/1/2018 | 9/1/2017 | $1,574.15 | -$103.15 | | $103.15 | $1,324.66 | | | $104.73 | $6,025.81 |
| 7/18/2018 | | Trustee Payment | | | $0.00 | | | $1,324.66 | $302.25 | | $406.98 | $6,328.06 |
| 8/1/2018 | $1,648.32 | 6/1/2018 | 10/1/2017 | $1,648.36 | -$0.04 | | $0.04 | $1,324.62 | | | $406.98 | $6,328.06 |
| 8/15/2018 | | Trustee Payment | | | $0.00 | | | $1,324.62 | $302.25 | | $709.23 | $6,630.31 |
| 9/5/2018 | $1,471.37 | 7/1/2018 | 11/1/2017 | $1,648.36 | -$176.99 | | $176.99 | $1,147.63 | | | $709.23 | $6,630.31 |
| 9/18/2018 | | Trustee Payment | | | $0.00 | | | $1,147.63 | $302.25 | | $1,011.48 | $6,932.56 |
| 10/3/2018 | $1,545.15 | 8/1/2018 | 12/1/2017 | $1,648.36 | -$103.21 | | $103.21 | $1,044.42 | | | $1,011.48 | $6,932.56 |
| 10/17/2018 | | Trustee Payment | | | $0.00 | | | $1,044.42 | $302.25 | | $1,313.73 | $7,234.81 |
| 10/23/2018 | $1,545.15 | 9/1/2018 | 1/1/2018 | $1,648.36 | -$103.21 | | $103.21 | $941.21 | | | $1,313.73 | $7,234.81 |
| 11/14/2018 | | Trustee Payment | | | $0.00 | | | $941.21 | $301.60 | | $1,615.33 | $7,536.41 |
| 12/4/2018 | $1,545.14 | 10/1/2018 | 2/1/2018 | $1,648.36 | -$103.22 | | $103.22 | $837.99 | | | $1,615.33 | $7,536.41 |
| 12/24/2018 | | Trustee Payment | | | $0.00 | | | $837.99 | $301.60 | | $1,916.93 | $7,838.01 |
| | | Pre Petition Applied | 3/1/2018 | | $0.00 | | | $837.99 | | $1,648.36 | $268.57 | $7,838.01 |
| 1/2/2019 | $1,545.14 | 11/1/2018 | 4/1/2018 | $1,648.36 | -$103.22 | | $103.22 | $734.77 | | | $268.57 | $7,838.01 |
| 1/16/2019 | | Trustee Payment | | | $0.00 | | | $734.77 | $301.60 | | $570.17 | $8,139.61 |
| 2/4/2019 | $1,540.19 | 12/1/2018 | 5/1/2018 | $1,648.36 | -$108.17 | | $108.17 | $626.60 | | | $570.17 | $8,139.61 |
| 2/13/2019 | | Trustee Payment | | | $0.00 | | | $626.60 | $301.60 | | $871.77 | $8,441.21 |
| 2/28/2019 | $1,550.14 | 1/1/2019 | 6/1/2018 | $1,648.36 | -$98.22 | | $98.22 | $528.38 | | | $871.77 | $8,441.21 |
| 3/12/2019 | | Trustee Payment | | | $0.00 | | | $528.38 | $301.60 | | $1,173.37 | $8,742.81 |
| 4/1/2019 | $1,412.96 | 2/1/2019 | 7/1/2018 | $1,648.36 | -$235.40 | | $235.40 | $292.98 | | | $1,173.37 | $8,742.81 |
| 4/17/2019 | | Trustee Payment | | | $0.00 | | | $292.98 | $301.60 | | $1,474.97 | $9,044.41 |
| 4/29/2019 | $1,412.96 | | | | $1,412.96 | $1,412.96 | | $1,705.94 | | | $1,474.97 | $9,044.41 |
| 5/14/2019 | | Trustee Payment | | | $0.00 | | | $1,705.94 | $116.69 | | $1,591.66 | $9,161.10 |
| 5/29/2019 | $1,412.96 | 3/1/2019 | 8/1/2018 | $1,648.36 | -$235.40 | | $235.40 | $1,470.54 | | | $1,591.66 | $9,161.10 |
| | | | | | $0.00 | | | $1,470.54 | | | $1,591.66 | $9,161.10 |
| **Due** | | | | **4/1/2019** | **$1,648.36** | -$1,648.36 | | $1,470.54 | | | $1,591.66 | $9,161.10 |
| | | | | **5/1/2019** | **$1,648.36** | -$1,648.36 | | $1,470.54 | | | $1,591.66 | $9,161.10 |
| | | | | **6/1/2019** | **$1,648.36** | -$1,648.36 | | $1,470.54 | | | $1,591.66 | $9,161.10 |
| | | | | | $0.00 | | | $1,470.54 | | | $1,591.66 | $9,161.10 |